IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MERCK SHARP & DOHME CORP.,<br><br>        *Plaintiff,*<br><br>v.<br><br>SAVIOR LIFETEC CORP.,<br><br>        *Defendant.* | Civil Action No. 5:15-cv-00415-BO<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION TO FILE UNDER SEAL |

  The Court, having read and considered Plaintiff's Motion For Leave to File Opening Claim Construction Brief Under Seal, and for good cause shown, it hereby

  ORDERS that the Motion is GRANTED, and the Clerk is directed to file under seal Plaintiff's Opening Claim Construction Brief and accompanying exhibits.

  IT IS HEREBY ORDERED, this 27 day of May, 2016.

                         _____
                         Terrence W. Boyle, U.S. District Judge