IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> SAVIOR LIFETEC CORP., <br><br> *Defendant.* | Civil Action No. 5:15-cv-00415-BO <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO SEAL DEFENDANT'S OPENING CLAIM CONSTRUCTION BRIEF |

The Court, having read and considered Plaintiff's Motion For Leave to Seal Defendant's Claim Construction Brief and Exhibits, and for good cause shown, it hereby

ORDERS that the Motion is GRANTED, and the Clerk is directed to keep Defendant Savior's Opening Claim Construction Brief(Doc. 32), Defendant's Corrected Version of its Opening Claim Construction Brief (Doc. 35), and exhibits, under seal.

IT IS HEREBY ORDERED, this _27_ day of May, 2016.

Terrence W. Boyle, U.S. District Judge