# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

|  |  |
|---|---|
| MERCK SHARP & DOHME CORP., | |
| *Plaintiff*, | Civil Action No. 5:15-cv-00415-BO |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL** |
| SAVIOR LIFETEC CORP., | |
| *Defendant*. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), plaintiff Merck Sharp & Dohme Corp. and defendant Savior Lifetec Corp. hereby stipulate to the dismissal of this action. The parties further stipulate that each party will bear its own costs, expenses, and attorney fees with respect to this action.

Dated: February 1, 2018

Respectfully submitted,

*/s/ Timothy G. Barber*
Timothy G. Barber
(North Carolina State Bar No. 12851)
KING & SPALDING LLP
100 North Tryon Street, Suite 3900
Charlotte, NC 28202
P: (704) 503-2578
F: (704) 503-2622
tbarber@kslaw.com

*/s/ W. Michael Dowling*
W. Michael Dowling
(North Carolina Bar No. 42790)
BROOKS, PIERCE, McLENDON
   HUMPHREY & LEONARD, L.L.P.
1600 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
Tel: (919) 839-0300
Fax: (336) 232-9036
mdowling@brookspierce.com

*Attorney for Plaintiff*
   *Merck Sharp & Dohme Corp.*

*Attorneys for Defendant*
   *Savior Lifetec Corp.*

1

Of Counsel:

Tony V. Pezzano
Michael P. Dougherty
Joseph D. Eng, Jr.
HOGAN LOVELLS, US LLP
875 Third Avenue
New York, NY 10022
T: 212-918-3000
F: 212-918-3100
tony.pezzano@hoganlovells.com
michael.dougherty@hoganlovells.com

Gerard M. Devlin, Jr.
Raynard Yuro
Alysia A. Finnegan
MERCK SHARP & DOHME CORP.
126 E. Lincoln Avenue
Rahway, NJ 07065
Tel.: (732) 594-4000

Of Counsel:

C. Kyle Musgrove
(D.C. Bar No. 457819)
John W. Bateman
(D.C. Bar No. 459249)
Yongjin Zhu
HAYNES AND BOONE, LLP
800 17th Street, Suite 500
Washington, DC 20006-3962
John.Bateman@haynesboone.com
Tel: (202) 654-4500
Fax: (202) 654-4269

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2018, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

W. Michael Dowling
BROOKS, PIERCE, McLENDON HUMPHREY & LEONARD, L.L.P.

C. Kyle Musgrove
John W. Bateman
Yongjin Zhu
HAYNES AND BOONE, LLP

/s/ Timothy G. Barber
Timothy G. Barber
(North Carolina State Bar No. 12851)

KING & SPALDING LLP
100 North Tyron Street, Suite 3900
Charlotte, NC 28202
P: (704) 503-2578
F: (704) 503-2622
tbarber@kslaw.com

*Attorney for Plaintiff*
*Merck Sharp & Dohme Corp.*

3